# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bobby Leon Johnson,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:07CV46
    3:01CR210

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2010 Order.

Signed: March 23, 2010

Frank G. Johns, Clerk
United States District Court